# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

**In re:**

| | |
|---|---|
| **TOMIKO D. JAMES,** | **Case No. 16-35535-KLP** |
| Debtor. | Chapter No. 7 |

**NAVY FEDERAL CREDIT UNION**

    Plaintiff,

v.

**TOMIKO D. JAMES,**
**And BRUCE ROBINSON, Trustee,**

    Defendants.

### ORDER ON MOTION FOR RELIEF FROM STAY

Upon consideration of Navy Federal Credit Union ("Plaintiff") to modify the automatic stay with regard to a 2015 Ford Mustang VIN: 1FA6P8TH6F5332208 ("Vehicle"), upon which Plaintiff holds a lien; it is

**ORDERED** that a final hearing on the motion for relief shall be set on January 11, 2017 at 10:30 a.m.

**IT IS FURTHER ORDERED** that the Debtor shall make an adequate protection payment of $530.00 on December 15, 2016.

**IT IS FURTHER ORDERED** that the Debtor shall maintain current full coverage insurance on the Vehicle, with Navy Federal Credit Union listed as the loss payee, and that the Debtor be required to provide proof that the policy remains in full force and affect upon the request of Plaintiff.

**Anastasia P. Kezman, Esq.**
**VSB# 33325**
**Deborah S. Kirkpatrick, P.C.**
**Post Office Box 10275**
**Virginia Beach, VA 23450-0275**
**Ph: (757) 343-3869; Fax (757) 233-0277**
**Anastasiak10@cox.net**
**Counsel for Navy Federal Credit Union**

**IT IS FURTHER ORDERED** that in the event Plaintiff receives notification that the insurance policy has lapsed, or in the event the Debtor fails to make the adequate protection payments due of the 15th of each month, with the first payment being due on December 15, 2016, Plaintiff shall be permitted to request an expedited hearing on this pending motion for relief.

DONE at Richmond, Virginia on Dec 8 2016 .

/s/ Keith L. Phillips
_____
Keith L. Phillips, Judge
United States Bankruptcy Court
Eastern District of Virginia

Entered on Docket: Dec 9 2016

ENDORSEMENTS OF:

/s/ Anastasia P. Kezman
Anastasia P. Kezman, Esq.
Counsel for Navy Federal Credit Union


/s/ Pia North
Pia North, Debtor's counsel

Copy to:

Anastasia P. Kezman, Esq..
Counsel for Navy Federal Credit Union
P.O. Box 10275
Virginia Beach, VA 23450-0275

Pia North
5913 Harbour Park Dr.
Midlothian, VA 23112

Bruce Robinson, Trustee
415 E. South Atlantic St.
South Hill, VA 23970

Tomiko James
7107 Coachman Lane, Apt. 102
Henrico, VA 23228

2

## CERTIFICATION

The undersigned certifies that the foregoing Consent Order Granting Relief From Stay has been endorsed by all necessary parties as required by Federal Rule 9022 who are as follows: Anastasia Kezman, Plaintiff's counsel and Pia North, Debtor's counsel.  It is further certified that the forgoing order has been served on all necessary parties pursuant to Bankruptcy Rule 9022 who are as follows: Pia North., Counsel for Debtor, and Bruce Robinson, and the Debtor at 7107 Coachman Lane, Apt. 102, Henrico, VA 23228.

       /s/ Anastasia Kezman
Attorney for Movant

Anastasia P. Kezman
Virginia State Bar No. 33325
Deborah S. Kirkpatrick, P.C.
Post Office Box 10275
Virginia Beach, VA  23450-0275
Anastasiak10@cox.net
Ph:  (757) 343-3869; Fax: (757) 233-0277